BENJAMIN B. ALLGOR *against* JOHN STILLWELL.

ON CERTIORARI.

In an action for malicious prosecution, unless the state of demand sets out an arrest or special grievance the judgment will be reversed.

This was an action originally commenced before a justice of the peace, by John Stillwell against Benjamin B. Allgor, for a malicious prosecution. The state of demand filed with the justice was as follows: "The plaintiff demands of the defendant $15, for fraudulently, vexatiously, and maliciously prosecuting John Stillwell, without any ground of action whatever. The action was brought by the said Benjamin B. Allgor, against the said Stillwell, before T. N. Esq., at J. K's tavern in H—, at the distance of eighteen miles; the summons returnable the 24th November, 1820; the action in trespass on the case; demand $100. To which summons I was obliged to attend. Said Allgor then adjourned the trial, and called a jury, and I again had to attend. The cause was tried by the jury, and they rendered a verdict for the defendant, with six cents costs, for which malice and abuse I was compelled to attend twice, to my damage $15." At the trial before the justice, the jury found a verdict in favor of Stillwell, the plaintiff. From this judgment Allgor appealed to the Court of Common Pleas, who affirmed the judgment. This *certiorari* was then brought.

*Wall* now moved to reverse this judgment, because the state of demand contained no legal cause of action. The supposed malicious suit is stated to have been commenced by summons; there is no arrest or special grievance stated. 1 *South.* 330.

BY THE COURT. Take a reversal.